GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM (CSB #147248)
Assistant United States Attorney
    300 North Los Angeles Street, Suite 7516
    Los Angeles, California 90012
    Tel. 213 894-2446
    FAX: 213 894-7819
    Email: Cedina.Kim@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| KATHERINE M. AUSTIN,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | No. EDCV 06-951 AJW<br><br>**ORDER** |

The parties' stipulation to remove and not to disclose pages erroneously included in the certified administrative record is **APPROVED AND SO ORDERED.**

DATED: March 15, 2007                  / S /

                                              HON. ANDREW J. WISTRICH
                                              UNITED STATES MAGISTRATE JUDGE